48 So.2d 887

**M. P. NELSON v. Lowery F. SEWELL, Admr., et al.**

8 Div. 569.

Supreme Court of Alabama.

Nov. 22, 1950.

Malone & Malone, of Athens, for appellant.

R. B. Patton and D. U. Patton of Athens, for appellee.

PER CURIAM.

Appeal dismissed, motion of appellant.

48 So.2d 887

**Venizelos PAPPAS v. Brenda Carol GOODWIN, pro ami.**

4 Div. 600.

Supreme Court of Alabama.

Oct. 12, 1950.

Rushton, Stakely & Johnston, of Montgomery, for appellant.

Archie I. Grubb, of Eufaula, for appellee.

PER CURIAM.

Appeal dismissed, motion of appellant.

48 So.2d 887·

**E. S. PRICE v. E. L. HARPER et al.**

6 Div. 823.

Supreme Court of Alabama.

Oct. 25, 1950.

D. G. Ewing, of Birmingham, for appellant.

Gordon Davis, of ·Tuscaloosa, for appellees.

PER CURIAM.

Appeal dismissed, motion of appellant.

48 So.2d 888

**Annie Laurie Moorer SMALL (Mrs. W. D. Small) v. Lula Mae PARRISH.**

2 Div. 286.

Supreme Court of Alabama.

Oct. 2, 1950.

PER CURIAM.

Appeal dismissed, motion of appellant.

48 So.2d 888

**Walter B. SPENCER v. Janie Bell SPENCER.**

6 Div. 130.

Supreme Court of Alabama.

Oct. 10, 1950.

John P. Buck, of Tuscaloosa, for appellant.

Liston C. Bell, of Tuscaloosa, for appellee.

PER CURIAM.

Appeal dismissed, motion of appellant. See, also, ante, p. 22, 47 So.2d 252.